**Charles August SCHLUND, III, Plaintiff–Appellant,**

v.

**George BUSH, President; et al., Defendants–Appellees.**

No. 06–15017.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 11, 2007.

Charles August Schlund, III, Glendale, AZ, pro se.

Richard G. Patrick, AUSA, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Defendant–Appellee.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM ***

Charles August Schlund III appeals pro se from the district court's order dismissing his action alleging, *inter alia,* a wide-ranging conspiracy involving "implants used for torture and/or surveillance." We have jurisdiction under 28 U.S.C. § 1291. After de novo review, *Cholla Ready Mix, Inc. v. Civish,* 382 F.3d 969, 973 (9th Cir. 2004), we affirm.

The district court properly granted President Bush's motion to dismiss the claims against him because Schlund's allegations that Bush deprived him of his constitutional rights were conclusory and based on unreasonable inferences. *See id.; see also Simmons v. Sacramento County Sup.Ct.,* 318 F.3d 1156, 1161 (9th Cir.2003) (conclusory allegations of conspiracy to deprive plaintiff of due process insufficient to state a claim).

Schlund's remaining contentions also lack merit.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.